# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam          Date:  July 24, 2014
Court Reporter: Janet Coppock
Probation Officer: Michelle Means            Interpreter: Marcela Salazar

Criminal Action No.: 13-cr-00368-JLK

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                    Kurt Bohn

     Plaintiff,

v.

JUAN GALLEGOS-GARCIA,                        Matthew C. Golla

     Defendant.

---

## SENTENCING MINUTES
*(Simultaneous hearing with Criminal Case Nos. 14-cr-00103-JLK and 14-cr-00104-JLK)*

**10:09 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing: February 13, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:  Motion For a Variant Sentence (Filed 7/10/14; Doc. No. 31) is DENIED.**

*13-cr-00368-JLK*
*Sentencing*
*July 24, 2014*

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

**IMPRISONMENT**:
Defendant is sentenced as to **Count One** to a term of imprisonment of **30 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X)   Defendant shall be deported, and shall not return to the United States illegally.  There are no condition of supervised release that can be enforced while Defendant is in Mexico.
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, if the Defendant is in the United States, or within 72 hours of his return to the United States, the Defendant shall report in person to the probation office in the first district to which he comes in contact.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:53 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 30 minutes *(Divided time)*